UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN GOLDSMITH, on behalf of himself and all others similarly situated,<br><br>PLAINTIFF,<br><br>v.<br><br>SYRACUSE UNIVERSITY,<br><br>DEFENDANT. | Case No. 5:23-cv-01582-AMN-TWD |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Benjamin Goldsmith, by and through his undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses without prejudice the above-entitled action as between Plaintiff and Defendant Syracuse University, with each party to bear its own costs and fees.

No motion for class certification has been filed, and no class has been certified in this action. Therefore, class notice and court approval of this dismissal are not required under the Federal Rules. Further, no opposing party has served either an answer or a motion for summary judgment in the present case.

Dated: January 22, 2024

Respectfully submitted,

*/s/ Nicholas A. Colella*
Nicholas A. Colella (Admitted *pro hac vice*)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T: (412) 322-9243
nickc@lcllp.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on January 22, 2024.

*/s/ Nicholas A. Colella*
Nicholas A. Colella
